UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **ARCHIE NED WILLIAMS**, <br> Defendant. | Case No. 17-CR-00077-YGR <br><br> **REVISED TRIAL SCHEDULING ORDER** |

Having considered the filings to date, the regularly scheduled conferences, for good cause shown, and as previously ordered orally, the Court enters the following orders with some modifications. Should either party object to the modifications, they shall contact the Court immediately to set a conference date to address the party's concerns:

    1.    **Trial Date and Schedule:**  The trial of this matter is set for **Monday, August 6, 2018** with jury selection to be conducted the same day or the prior Wednesday, August 1, 2018. The final date for jury selection will be discussed with the parties at the next conference.

    Trial days shall begin with the parties and attorneys at 8:00 a.m. Counsel shall arrive in court early enough to proceed promptly. Trial proceedings with the jury shall proceed generally on Monday through Friday, from 8:30 a.m. to 1:30 p.m. with two fifteen-minute breaks except during *voir dire* and on the day for closing arguments. Additional time may be scheduled for matters outside the presence of the jury as necessary and determined by the Court. Sidebars are not permitted. Counsel should be prepared to anticipate issues so that they may be addressed outside of normal trial hours. In this regard, counsel should also be

prepared to reconvene with the Court after the Court's standing calendars, which normally begin at 2:00 p.m.

2. As provided more fully herein, the Court sets the Pretrial Conference for motions on **July 9, 2018 at 10:00 a.m.** and a final conference for **Friday, July 20, 2018** at **9:00 a.m.**

3. **<u>Standard Motions *in Limine*</u>:** The Court hereby orders that witnesses shall be excluded until testimony is completed. A motion *in limine* refers to "any motion, whether made before or during trial, to exclude anticipated prejudicial evidence before the evidence is actually offered." *Luce v. United States*, 469 U.S. 38, 40 n.2 (1984). Parties are advised that overly broad motions which do not request specific relief will be summarily denied.

4. Parties shall comply with the Court's Standing Order in Criminal Cases ¶ 4 as it relates to motions *in limine*. Motions *in limine* and *Daubert* motions shall be exchanged no later than **May 29, 2018**. The parties shall then meet and confer to attempt to resolve the motions. For those not resolved, the motions shall be filed no later than **June 5, 2018**. Oppositions shall be filed no later than **June 21, 2018**. The hearing on the motions shall occur on **July 9, 2018** at **10:00 a.m.**

5. Parties are ordered to admonish witnesses of the Court's rulings. Failure to comply with a ruling by the Court may result in sanctions, including without limitation the striking of the witness's entire testimony.

6. Dispositive motion deadlines have passed.

7. Procedural Stipulations have been filed.

8. **<u>Local Rule 17.1 Joint Pretrial Statement and Filings:</u>** Parties shall comply with the requirements set forth in the Court's Standing Order in Criminal Cases and shall make the required filings detailed in paragraphs 5 and 6 by no later than **June 29, 2018.**

9. **<u>Jury Selection:</u>** Attached hereto is a basic form of questionnaire. By **June 29, 2018,** the parties may propose up to one additional page each of questions/topics to

2

be covered in the questionnaire which will be provided to the venire. The Court will discuss the topic during the pretrial conference.

10. **Witnesses:**
    a. The government shall file its list of all potential witnesses by **May 23, 2018** and shall designate which are likely by use of an "*" asterisk versus which are being identified only out of caution.
    b. By **July 6, 2018**, the parties shall submit to the Court in Word format, a list of all witnesses, parties, and counsel in alphabetical order to be used during *voir dire*.

11. **Exhibits and Exhibit Lists:**
    a. The government shall file its list of all potential exhibits by **May 23, 2018** and shall designate which are likely versus which are being identified out of caution, in a manner similar to their witness designations.
    b. No witness may be shown any document or other object until it has been marked for identification using an exhibit number. The parties shall file updated Exhibit Lists identifying those for which a stipulation of admissibility exists with an "S" in the appropriate box. To the extent an exhibit is included for the mere purpose of refreshing recollection, the list shall so indicate, also by use of an "*" asterisk. The jury may not be shown any exhibits until admitted into evidence or stipulated by the parties as to admissibility without the express permission of the Court.

    If appropriate, the jury will be allowed to use a secured laptop computer to review evidence admitted during trial. Counsel should review the Court's information in this regard found at: http://cand.uscourts.gov/jurypc.

    All proposed exhibits which constitute compilations and or summaries shall be provided to the opposing party by no later than **July 6, 2018** to allow sufficient time to verify the accuracy of the same.

12. **Expert Disclosures:** By **May 23, 2018**, the parties shall produce written reports of

3

any expert it intends to call at trial. Each paragraph of the report shall be numbered.

13. **Additional Disclosures:**

    a. By now, the government should have provided all audio evidence to the defense.

    b. The government shall provide all *Henthorn* materials to the defense by no later than **June 25, 2018**.

    c. The government shall provide all non-*Jencks Brady* materials to the defense by no later than **June 25, 2018**.

    d. By now, the government should have provided all grand jury material pursuant to Fed. R. Crim. P. 6(e)(3)(E).

    e. The government shall provide all available statements and reports of witnesses required by the *Jencks* Act **by July 6, 2018**.

    f. The Court will entertain a request for the issuance of a protective order to the extent it will facilitate earlier disclosures.

    g. The defense shall provide its Rule 16 reciprocal disclosures by **July 19, 2018**.

14. **Transcripts:** Any party using a recording must prepare and disclose a transcript **by June 25, 2018**. Any objections thereto must be filed **by July 5, 2018**.

15. **Equipment:** Projectors, screens and similar equipment must be tested in the courtroom prior to the day when it will be used. Arrangements may be made with the Courtroom Deputy, Frances Stone, at (510) 637-3540, as to appropriate time for doing so. Defense counsel may reserve a conference room in the attorney's lounge for the period of the trial. However, conference rooms are only available on a first-come, first-served basis. Further, defense counsel must provide the Court with a form of order for (i) any equipment or supplies requested to be brought into the courthouse and (ii) any in-custody defendant to be dressed in civilian clothing.

16. **Opening Statements:** Parties must meet and confer to exchange any visuals,

4

graphics, or exhibits to be used in opening statements. Unless otherwise agreed, the exchange must occur no later than the close of business on the Wednesday before trial. Any objections not resolved must be filed in writing by the Thursday before trial. The parties are reminded that the purpose of an Opening Statement is not to argue the facts but to provide the jurors with an outline of what each side expects the evidence will show.

17. **Witnesses at Trial:** The party presenting evidence shall give the other party 24 hours *written* notice of the witnesses to be called unless otherwise agreed upon by the parties themselves. The parties are admonished that use of trial time is critical given the limited resources of the Court. All parties must have witnesses ready and available to testify. If the party presenting evidence does not have a witness ready to be called once a prior witness steps down, that party may be deemed to have rested its case. Witnesses *may* be taken out of order upon stipulation or with leave of Court *provided that* the circumstances giving rise to such an accommodation are promptly called to the attention of opposing counsel and the Court.

18. **Objections:** There shall be no "speaking objections," and no rebuttal unless requested by the Court, in which case it shall be brief—*e.g.*, "hearsay," and if a rebuttal requested, "not offered for the truth." If either counsel needs to make a better record, he/she may do so when the jury is out at the next break.

19. **Requests for Transcripts:** If transcripts will be requested during or immediately after the trial, arrangements must be made with the Court Reporter Coordinator (Telephone No. (510) 637-3534) **at least** one week prior to the commencement of the trial.

20. **Trial Decorum and Procedure:**
    a. Counsel, parties, and witnesses are expected to conduct themselves at all times—on or off the record and whether or not in the presence of a jury—in a professional and courteous manner during trial. Do NOT approach another party's witnesses without permission. You may approach your own

non-hostile witnesses without permission.

b. During *voir dire* the attorneys will be allowed to use the bathrooms in the jury room so that they do not share the facilities with the jurors. They may not linger in the jury room or use any exit door other than the one leading to the courtroom.

21. **Failure to Comply:** Failure to comply with the obligations set forth in this order will result in sanctions appropriate to the gravity of the failure, including, but not limited to monetary fines and/or evidentiary sanctions.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

# JUROR QUESTIONNAIRE

**Please PRINT your answers**

To Be Completed by Jurors called to the Courtroom of the Hon. Yvonne Gonzalez Rogers for the Trial of:

**United States of America v.** _____  **Case Number: XX-cr-XXX YGR**

**Name:** _____ **Age:** _____ **Birthplace:** _____

**Residence:** _____ Years: _____ Prior Residence: _____ Years: _____

**Education:** Highest Grade Completed: _____ Degrees: _____

College/Vocational Schools attended: _____ Areas of Study: _____

_____

**Current Occupation/Position:** _____ Length of Service: _____

Employer: _____ Describe Any Supervisory Roles: _____

Prior Occupation/Position: _____ Employer/Length of Service: _____

Employer: _____ Describe Any Supervisory Roles: _____

**Current Status** (Circle): Single (living alone/with others)    Married    Separated    Divorced    Widowed

**Occupation & Employer of Adults Living in the Same Household:** _____

_____

**Children:** Age(s): _____ Occupation(s) if employed: _____

_____

**Is English your first language?** YES ☐   NO ☐   IF NO, do you use it regularly at work or home? YES ☐   NO ☐

**Do You OR any CLOSE Family/Friends have Military Service or Law Enforcement Training?** YES ☐   NO ☐

If yes, describe: _____

**Have You Every Served on Jury?** Circle: YES   NO    Number of times: \_\_\_\_ Date(s) of Service: _____

Circle:    State Court    Federal Court    Both        Circle:   Civil Case    Criminal Case    Both

Did each jury reach a verdict? YES ☐   NO ☐    Have you ever served as Foreperson? YES ☐   NO ☐

**Do You OR any CLOSE Family/Friends Own or Regularly Use A Firearm?** YES ☐   NO ☐

If yes, describe: _____

**Are You OR any CLOSE Family/Friends associated with any organization that advocates for or opposes laws concerning firearms?** YES ☐   NO ☐

If yes, describe: _____

**Have You Ever Been Convicted of a Felony?** YES ☐   NO ☐

If yes, provide basic details: _____

**Have You Ever Been Arrested, Accused, or Convicted of a Crime?** YES ☐   NO ☐

If yes, provide basic details: _____

**Has A CLOSE Family Member/Friend Ever Been Arrested, Accused, or Convicted of a Crime?** YES ☐   NO ☐

If yes, describe: _____

**Have You or a A CLOSE Family Member/Friend Ever Been the Victim of a Crime?** YES ☐   NO ☐

If yes, describe: _____

**Have You Ever Testified in any Court Proceeding?** YES ☐   NO ☐

If yes, describe: _____

**Circle If You Have STRONG opinions on any of the following institutions/topics:**
Bureau of Alcohol, Tobacco & Firearms (ATF)          Firearms


**Circle if You Know or Are Familiar With Any of the Following Persons:**

Anyone who works for the Bureau of Alcohol, Tobacco & Firearms (ATF)

Anyone who works for the United States Attorney's Office for the Northern District of California

[NAMES TO BE INCLUDED IN ALPHA ORDER, INCLUDING LAWYERS.]


**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.**

**SIGNATURE:** _____          **DATE:** _____