# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 17-cr-00077-YGR |
| Plaintiff, | |
| vs. | **ORDER TO EXCLUDE TIME** |
| **ARCHIE NED WILLIAMS,** | Re: Dkt. No. 53 |
| Defendant. | |

Based upon the representations of counsel in their joint stipulation filed on March 16, 2018 (Dkt. No. 53) and on the record on March 16, 2018, and for good cause shown, the Court hereby **ORDERS** that the time period from May 4, 2018 to August 3, 2018, inclusive, is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

This Order terminates Docket Number 53.

**IT IS SO ORDERED.**

Dated: May 8, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**